

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00707-CR

John A. **SANTOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10728
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 5, 2018.

_____
Karen Angelini, Justice